UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr- 00033-AB |
| v. | **INFORMATION** |
| **JEFFERSON ELEAZOR VELASQUEZ-GALEAS,** *Aka David Rigoberto Hernandez Funez,* and | 21 U.S.C. § 841(a)(1), (b)(1)(C) Forfeiture Allegation |
| **CRISTHOFER ISAI BARRIENTOS-MEDINA,** *Aka Carlos David Vasques Aguilar,* | |
| **Defendants.** | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1), (b)(1)(C))**

On or about January 9, 2025, in the District of Oregon, the defendants, **JEFFERSON ELEAZOR VELASQUEZ-GALEAS** and **CRISTHOFER ISAI BARRIENTOS-MEDINA**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**FORFEITURE ALLEGATION**

Upon conviction of the offense set forth in Count One of this information, defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting,

or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation alleged in the offense set forth in Count One of this information.

Dated: January 28, 2025.	Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/Cassady A. Adams*
CASSADY ADAMS, CO Bar # 48807
Assistant United States Attorney